LORETTA M. DONOHUE, as Administratrix, etc., of the Estate of THOMAS F. DONOHUE, Deceased, Appellant, *v.* CHARLES BRAAF, Respondent.

*Donohue* v. *Braaf,* 134 App. Div. 970, affirmed.
(Argued January 19, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*H. Snowden Marshall* and *Philip Wohlstetter* for appellant.

*Carl Schurz Petrasch* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.